# COMPLAINT

**(for filers who are prisoners without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

MR. Bernard T. Gordon, SR. #315414
SCH= Cell #17 / F
Green bay Correctional institution
P.O. BOX 19033
Greenbay, WI 54307

      v.

Case Number:

(Full name of defendant(s))

PFIZER — HSU—
Greenbay Correctional
institutional

_____
(to be supplied by Clerk of Court)

---

A.    **PARTIES**

    1.    Plaintiff is a citizen of <u>Greenbay, WI</u>, and is located at
                                  (State)

<u>Green bay Correctional institution P.O. BOX 19033, Greenbay WI 54307</u>
                    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

    2.    Defendant <u>PFIZER — HSU— Greenbay Correctional inst.</u>
                                          (Name)

is (if a person or private corporation) a citizen of <u>Brown County WI</u>

and (if a person) resides at *Greenbay Correctional P.O Box 19033, Greenbay WI*

(State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for *PFizer*

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

PFizer ~~vaccine~~ Vaccine Company at Greenbay Correctional Institutional's Health Service unite,

Give me The first, Second, and Booster Shot's and I had issues To were I pasted out, and my Foot swolled up And I was on Crutches for over 4 month's, and different medication's, and now Im Takeing Physical therapy monthly Started 4-22-21 through 10-20-21 in Those time's when the symptom's First Started the issues was ignored, and I was only Givin Ice bag's

Then, I Continued to put in Blue slip's and
Then they Finally put me in to see the provider, and
The provider kept putting me on different medication's
that was not doing anything for the Swelling and
the pain, my right foot Continued to swell, and
the medical Staff would not give me the Help
I needed, I wrote The Complaint process and they
Dismissed, or rejected my ICE's and CCE, I Think
that they did every thing that they did out of poor
Communication or Lack of experience with the
Pfizer Vaccine Shot That they was Givin
Out to All inmates.

C.   JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The relief I want is for pain and suffering of the amount of $5,000,000.00 due to I couldn't walk for months, and I was forced to be put on a top tear F-17 in the South Bell Hall unit while I was on crutches. I couldn't go to chow hall like other inmates, I couldn't do things like other inmates could do like work-out, play sports, E.T.C. Also, I would like for Pfizer to give a memo of what medications could cause an allergic reaction to there vaccanation.

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __21 st__ day of __October__ 20__21__.

Respectfully Submitted,

_Bernd T Gorda_
Signature of Plaintiff

_315414_
Plaintiff's Prisoner ID Number

_Green bay Correctional institution_
_P.o Box 19033_
_Green bay WI  54307_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.