# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BERNARD T. GORDON,

        Plaintiff,

v.

PFIZER INC. and GREEN BAY CORRECTIONAL INSTITUTION HEALTH SERVICES UNIT,

        Defendants.

Case No. 21-CV-1221-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

April 25, 2022      *s/ Jodi L. Malek*
Date      By: Deputy Clerk